LADRAN WIARD, Respondent, *v.* DAVID H. KING, Appellant.

(Submitted April 27, 1881 ; decided May 3, 1881.)

*E. A. Nash* for appellant.

*James Wood* for respondent.

Agree to affirm without opinion.
All concur.
Judgment affirmed.